UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOUIS E. SALAMINA,

    Plaintiff,

v.                                  CASE NO.: 8:12-cv-1985-T-23TGW

CAROLYN W. COLVIN,

    Defendant.
_____/

## **ORDER**

A May 8, 2013, report (Doc. 14) by Magistrate Judge Thomas G. Wilson recommends a reversal of the Commissioner's decision and a remand of this action for further proceedings. No party objects.

The report and recommendation (Doc. 14) is **ADOPTED**. Under 42 U.S.C. § 405(g), this action is **REVERSED** and **REMANDED** for further proceedings consistent with the report and recommendation. The Clerk is directed to (1) enter judgment in favor of the plaintiff and against the defendant, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on May 29, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE